Jennifer D. Brandt, Texas Bar No. 00796242
Attorney for Plaintiff
Phone: 817-978-6442
Fax: 817-978-4927
Jason C. Rodgers, Texas Bar No. 24005540
Securities and Exchange Commission
Forth Wirth District Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Forth Worth, TX 761025-6882

CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant JOSEPH SETO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, YING KIT YU a/k/a EDDIE YU<br><br>　　Defendants.<br>_____ | No.   CV-09-05146 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR ANSWER** |

So that the answer from Mr. Seto will not be required earlier than the answers from the other defendants and so that this matter may be more efficiently coordinated, the parties agree that the due date for the answer of defendant Joseph Seto will be moved from the current due date of January 19, 2010 to February 16, 2010.

IT IS SO STIPULATED.

Date: January 13, 2010

      /s/Christopher J.Cannon /s/_____
Christopher J. Cannon
Counsel for Joseph Seto

Date: January 13, 2010

    /s/ Jennifer Brandt /s/_____
Jennifer Brandt
Attorney for Plaintiff

SO ORDERED.

Date: 1/13/10

_____
The Honorable Joseph C. Spero
United States Magistrate Judge