KEKER & VAN NEST LLP
MICHAEL D. CELIO - #197998
mcelio@kvn.com
QUYEN L. TA - #229956
qta@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
RONALD YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU,<br><br>　　　　　　　　　　Defendants.<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>　　　　　　　　　　Relief Defendants. | Case No. 3:09-cv-05146-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Judge:　　Hon. Joseph C. Spero<br><br>Date Comp. Filed:　　October 30, 2009<br><br>Trial Date:  Not Assigned |

465640.01　　STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER
CASE NO. 3:09-cv-05146-JCS

1    The parties agree that the due date for the Answer of defendant Ronald Yee will be
2    moved from the current due date of January 19, 2010 to February 16, 2010.  This is so that
3    Ronald Yee will not be required to file his Answer earlier than the other defendants, and so that
4    this matter may be more efficiently coordinated.

IT IS SO STIPULATED.

Dated:  January 19, 2010                              KEKER & VAN NEST LLP

                                                by:    */s/ Quyen L. Ta*
                                                       Quyen L. Ta
                                                       Attorneys for Defendant Ronald Yee

Dated:  January 19, 2010                              SECURITIES AND EXCHANGE COMMISSION

                                                by:    */s/ Jennifer D. Brandt*
                                                       Jennifer D. Brandt
                                                       Attorney for Plaintiff

IT IS SO ORDERED.

Date:  ___Jan. 19, 2010___                            _____
                                                      Hon.
                                                      United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]