KEKER & VAN NEST LLP
MICHAEL D. CELIO - #197998
mcelio@kvn.com
QUYEN L. TA - #229956
qta@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
RONALD YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU,<br><br>Defendants.<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>Relief Defendants. | Case No. 3:09-cv-05146-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Judge: Hon. Joseph C. Spero<br><br>Date Comp. Filed: October 30, 2009<br><br>Trial Date: Not Assigned |

1 | The parties agree that the due date for the Answer of defendant Ronald Yee will be
2 | moved from the current due date of January 19, 2010 to February 16, 2010. This is so that
3 | Ronald Yee will not be required to file his Answer earlier than the other defendants, and so that
4 | this matter may be more efficiently coordinated.

6 | IT IS SO STIPULATED.

7 | Dated: January 19, 2010                KEKER & VAN NEST LLP

9 |                                 by:    /s/ Quyen L. Ta
                                            Quyen L. Ta
10|                                         Attorneys for Defendant Ronald Yee

12| Dated: January 19, 2010                SECURITIES AND EXCHANGE COMMISSION

14|                                 by:    /s/ Jennifer D. Brandt
                                            Jennifer D. Brandt
15|                                         Attorney for Plaintiff

17|    IT IS SO ORDERED.
18| Date: _Jan. 19, 2010_____

19|                                         _____
                                            Hon. Joseph C. Spero
                                            United States Magistrate Judge

---

1
STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE ANSWER
CASE NO. 3:09-cv-05146-JCS