|     |     |
| --- | --- |
| 1   | SHARTSIS FRIESE LLP |
|     | JAHAN P. RAISSI (Bar #168599) |
| 2   | jraissi@sflaw.com |
|     | One Maritime Plaza, Eighteenth Floor |
| 3   | San Francisco, CA  94111 |
|     | Telephone:  (415) 421-6500 |
| 4   | Facsimile:  (415) 421-2922 |
| 5   | Attorneys for Defendant |
|     | KING CHUEN TANG aka CHEN TANG and Relief |
| 6   | Defendants TANG CAPITAL PARTNERS, |
|     | VENTURE ASSOCIATES FUND I, MINOR |
| 7   | CHILD I and MINOR CHILD II |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  3:09-CV-05146 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | Judge:      Hon. Joseph C. Spero |
| KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a/ JAMES K. TANG. and YING KIT YU a/k/a EDDIE YU, | Trial Date:  Not Assigned |
| | Complaint Filed:    October 30, 2009 |
| Defendants, | |
| and | |
| VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang, | |
| Relief Defendants. | |

The parties agree that the due date for the Answer of Defendant King Chuen Tang aka Chen Tang and Relief Defendants Tang Capital Partners, Venture Associates Fund I, Minor Child I and Minor Child II is to be extended from January 19, 2010, to February 16, 2010.

IT IS SO STIPULATED.

DATED: January 19, 2010

SHARTSIS FRIESE LLP

By: */s/Jahan P. Raissi*
JAHAN P. RAISSI

Attorneys for Defendant
KING CHUEN TANG aka CHEN TANG and Relief Defendants TANG CAPITAL PARTNERS, VENTURE ASSOCIATES FUND I, MINOR CHILD I and MINOR CHILD II

DATED: January 19, 2010

SECURITIES AND EXCHANGE COMMISSION

By: */s/ Jennifer D. Brandt*
JENNIFER D. BRANDT

Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: January 19, 2010

_____
United States District Court Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed, Judge Joseph C. Spero]

7663\001\JRAISSI\1627289.1

- 1 -
Case No. 3:09-CV-05146 — STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE ANSWER