SHARTSIS FRIESE LLP
JAHAN P. RAISSI (Bar #168599)
jraissi@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendant
KING CHUEN TANG aka CHEN TANG and Relief
Defendants TANG CAPITAL PARTNERS,
VENTURE ASSOCIATES FUND I, MINOR
CHILD I and MINOR CHILD II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a/ JAMES K. TANG. and YING KIT YU a/k/a EDDIE YU,<br><br>　　　　Defendants,<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>　　　　Relief Defendants. | Case No. 3:09-CV-05146<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Judge: 　Hon. Joseph C. Spero<br><br>Trial Date: 　Not Assigned<br><br>Complaint Filed: 　October 30, 2009 |

The parties agree that the due date for the Answer of Defendant King Chuen Tang aka Chen Tang and Relief Defendants Tang Capital Partners, Venture Associates Fund I, Minor Child I and Minor Child II is to be extended from January 19, 2010, to February 16, 2010.

IT IS SO STIPULATED.

DATED: January 19, 2010          SHARTSIS FRIESE LLP

By: _____*/s/Jahan P. Raissi*_____
               JAHAN P. RAISSI

Attorneys for Defendant
KING CHUEN TANG aka CHEN TANG and Relief Defendants TANG CAPITAL PARTNERS, VENTURE ASSOCIATES FUND I, MINOR CHILD I and MINOR CHILD II

DATED: January 19, 2010          SECURITIES AND EXCHANGE COMMISSION


By: _____*/s/ Jennifer D. Brandt*_____
               JENNIFER D. BRANDT

Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: January 19, 2010

_____
United States District Court Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

7663\001\JRAISSI\1627289.1

---

Case No.
3:09-CV-05146

STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE ANSWER

- 1 -

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111