| | |
|---|---|
| 1 | CHRISTOPHER J. STESKAL  (CSB NO. 212297) |
| | csteskal@fenwick.com |
| 2 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone:      (415) 875-2300 |
| 4 | Facsimile:       (415) 281-1350 |
| 5 | JAY L. POMERANTZ (CSB NO. 209869) |
| | jpomerantz@fenwick.com |
| 6 | Silicon Valley Center |
| | 801 California Street |
| 7 | Mountain View, California 94041 |
| | Phone: 650.988.8500 |
| 8 | Fax: 650.938.5200 |
| 9 | Attorneys for Defendants ZISEN YU, MING SIU, |
| | SYLVIA TSUI and ACCELERATION CAPITAL |
| 10 | PARTNERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.:  CV 09 5146 JCS |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANTS ZISEN YU, MING SIU, SYLVIA TSUI AND ACCELERATION CAPITAL PARTNERS TO RESPOND TO COMPLAINT** |
| v. | |
| KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU, | |
| Defendants, | |
| and | |
| VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tank a/k/a Chen Tang, | |
| Relief Defendants. | |

STIPULATION EXTENDING TIME FOR
DEFS. TO RESPOND TO COMPLAINT

CASE NO. CV 09 5146 JCS

WHEREAS, Northern District of California Civil Local Rule ("Civil L.R.") 6.1(a) permits parties to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the time for defendants Zisen Yu, Ming Siu, Sylvia Tsui and Acceleration Capital Partners ("Defendants") to answer or otherwise respond to the complaint has not already been fixed by Court order;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the undersigned counsel for the Parties, that the time for each Defendant to answer, move or otherwise respond to the complaint is extended until February 26, 2010.

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: January 19, 2009

SECURITIES AND EXCHANGE COMMISSION

By: _/s/ Jennifer D. Brandt_
Jennifer D. Brandt

Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION

Dated: January 19, 2009

FENWICK & WEST LLP

By: _/s/ Jay L. Pomerantz_
Jay L. Pomerantz

Attorneys for Defendants ZISEN YU, MING SIU, SYLVIA TSUI and ACCELERATION CAPITAL PARTNERS

Dated: Jan. 20, 2010

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME FOR DEFS. TO RESPOND TO COMPLAINT

2

CASE NO. CV 09 5146 JCS