| | |
|---|---|
| 1 | ALAN W. SPARER  (No. 104921) |
| | KEVIN H. LEWIS  (No. 197421) |
| 2 | SPARER LAW GROUP |
| | 100 Pine Street, 33rd Floor |
| 3 | San Francisco, California  94111-5128 |
| | Telephone:    415/217-7300 |
| 4 | Facsimile:     415/217-7307 |
| | asparer@sparerlaw.com |
| 5 | klewis@sparerlaw.com |
| 6 | Attorneys for Relief Defendant |
| | AMERICAN PEGASUS LONG SHORT |
| 7 | FUND SEGREGATED PORTFOLIO |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | SECURITIES AND EXCHANGE COMMISSION, | No. CV-09-5146 JCS |
| 13 | Plaintiff, | STIPULATION EXTENDING TIME FOR RELIEF DEFENDANT AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO TO RESPOND TO COMPLAINT |
| 14 | v. | |
| 15 | KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a  JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU, | |
| 18 | Defendants. | |
| 19 | and | |
| 20 | VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND, SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang, | |
| 27 | Relief Defendants. | |

STIPULATION EXTENDING TIME FOR RELIEF DEF. AMERICAN PEGASUS      NO. CV-09-5146 JCS
LONG SHORT FUND SEGREGATED PORTFOLIO TO RESPOND TO CMPLT

1     WHEREAS, Northern District of California Civil Local Rule 6-1(a) permits parties to

2 stipulate in writing, without a Court order, to extend the time within which to answer or

3 otherwise respond to the complaint, provided the change will not alter the date of any event of

4 any deadline already fixed by Court order,

5     WHEREAS, the time for Relief Defendant American Pegasus Long Short Fund

6 Segregated Portfolio ("Defendant") to answer or otherwise respond to the complaint has not

7 already been fixed by Court order,

8     IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rule 6-1(a), by and

9 between the undersigned counsel for the Parties, that the time for each Defendant to answer,

10 move or otherwise respond to the complaint is extended until March 15, 2010.

11     Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing

12 of this stipulation.

13 Dated: February 1, 2010      SPARER LAW GROUP

     By: _____/s/_____
     ALAN W. SPARER

     Attorneys for Relief Defendant AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO

Dated: February 1, 2010      SECURITIES AND EXCHANGE COMMISSION

     By: _____/s/_____
     JENNIFER D. BRANDT

     Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION

Dated: Feb. 1, 2010

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

-1-
STIPULATION EXTENDING TIME FOR RELIEF DEF. AMERICAN PEGASUS    NO. CV-09-5146 JCS
LONG SHORT FUND SEGREGATED PORTFOLIO TO RESPOND TO CMPLT