ALAN W. SPARER  (No. 104921)
KEVIN H. LEWIS  (No. 197421)
SPARER LAW GROUP
100 Pine Street, 33rd Floor
San Francisco, California  94111-5128
Telephone:     415/217-7300
Facsimile:      415/217-7307
asparer@sparerlaw.com
klewis@sparerlaw.com

Attorneys for Relief Defendant
AMERICAN PEGASUS LONG SHORT
FUND SEGREGATED PORTFOLIO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU,<br><br>      Defendants.<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND, SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>      Relief Defendants. | No. CV-09-5146 JCS<br><br>STIPULATION EXTENDING TIME FOR RELIEF DEFENDANT AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO TO RESPOND TO COMPLAINT |

1  WHEREAS, Northern District of California Civil Local Rule 6-1(a) permits parties to
2  stipulate in writing, without a Court order, to extend the time within which to answer or
3  otherwise respond to the complaint, provided the change will not alter the date of any event of
4  any deadline already fixed by Court order,

5  WHEREAS, the time for Relief Defendant American Pegasus Long Short Fund
6  Segregated Portfolio ("Defendant") to answer or otherwise respond to the complaint has not
7  already been fixed by Court order,

8  IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rule 6-1(a), by and
9  between the undersigned counsel for the Parties, that the time for each Defendant to answer,
10 move or otherwise respond to the complaint is extended until March 15, 2010.

11 Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing
12 of this stipulation.

13 Dated: February 1, 2010                SPARER LAW GROUP

                                          By:         /s/
                                                ALAN W. SPARER

                                          Attorneys for Relief Defendant AMERICAN
                                          PEGASUS LONG SHORT FUND
                                          SEGREGATED PORTFOLIO

Dated: February 1, 2010                   SECURITIES AND EXCHANGE
                                          COMMISSION

                                          By:         /s/
                                                JENNIFER D. BRANDT

                                          Attorneys for Plaintiff SECURITIES AND
                                          EXCHANGE COMMISSION

Dated: Feb. 1, 2010

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-
STIPULATION EXTENDING TIME FOR RELIEF DEF. AMERICAN PEGASUS    NO. CV-09-5146 JCS
LONG SHORT FUND SEGREGATED PORTFOLIO TO RESPOND TO CMPLT