| | |
|---|---|
| 1 | BROWN WHITE & NEWHOUSE LLP |
| 2 | THOMAS M. BROWN (SBN 117449)<br>333 South Hope Street, 40th Floor |
| 3 | Los Angeles, California 90071-1406<br>Telephone: 213. 613.0500 |
| 4 | Facsimile: 213.613.0550<br>tbrown@brownwhitelaw.com |
| 5 | Attorneys for Defendant KING S. TANG |
| 6 | and Relief Defendant ROSALIE CHO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU<br><br>Defendants.<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>Relief Defendants. | Case No.: 4:09-cv-5146-JCS<br><br>Judge: Hon. Joseph C. Spero<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KING S. TANG AND RELIEF DEFENDANT ROSALIE CHO TO FILE ANSWER**<br><br>Complaint Filed: October 30, 2009<br><br>Trial Date: Not Assigned |

1   The parties stipulate and agree that the due date for the Answer of Defendant King S.
2   Tang and Relief Defendant Rosalie Cho is to be extended from February 8, 2010 and
3   February 10, 2010, respectively, to February 26, 2010.
4       IT IS SO STIPULATED.
5   DATED: January 20, 2010                BROWN WHITE & NEWHOUSE LLP

                                           By  /s/ Thomas M. Brown
                                           _____
                                           THOMAS M. BROWN
                                           Attorneys for Defendant KING S. TANG and
                                           Relief Defendant ROSALIE CHO

10  DATED: January 20, 2010                SECURITIES AND EXCHANGE COMMISSION

                                           By  /s/ Jennifer D. Brandt
                                           _____
                                           JENNIFER D. BRANDT
                                           Attorneys for Plaintiff SECURITIES AND
                                           EXCHANGE COMMISSION

    IT IS SO ORDERED.
            February 8, 2010
    DATED: ~~January~~ , 2010



    _____
                                           SPERO
                                           United States Court Magistrate Judge

---

220886.1

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER