BROWN WHITE & NEWHOUSE LLP
THOMAS M. BROWN (SBN 117449)
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550
tbrown@brownwhitelaw.com

Attorneys for Defendant KING S. TANG
and Relief Defendant ROSALIE CHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU<br><br>  Defendants.<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>  Relief Defendants. | Case No.: 4:09-cv-5146-JCS<br><br>Judge:   Hon. Joseph C. Spero<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KING S. TANG AND RELIEF DEFENDANT ROSALIE CHO TO FILE ANSWER**<br><br>Complaint Filed:   October 30, 2009<br><br>Trial Date:   Not Assigned |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER

220886.1

1  The parties stipulate and agree that the due date for the Answer of Defendant King S.
2  Tang and Relief Defendant Rosalie Cho is to be extended from February 8, 2010 and
3  February 10, 2010, respectively, to February 26, 2010.
4      IT IS SO STIPULATED.

5 DATED: January 20, 2010      BROWN WHITE & NEWHOUSE LLP

By  /s/ Thomas M. Brown
        THOMAS M. BROWN
Attorneys for Defendant KING S. TANG and
Relief Defendant ROSALIE CHO

10 DATED: January 20, 2010      SECURITIES AND EXCHANGE COMMISSION

By  /s/ Jennifer D. Brandt
        JENNIFER D. BRANDT
Attorneys for Plaintiff SECURITIES AND
EXCHANGE COMMISSION

IT IS SO ORDERED.
February 8, 2010
DATED: ~~January~~ , ~~2010~~



_____ SPERO
United States Court Magistrate Judge