1  Jennifer D. Brandt, Texas Bar No. 00796242
   Attorney for Plaintiff
2  Phone: 817-978-6442
   Fax: 817-978-4927
3  Jason C. Rodgers, Texas Bar No. 24005540
4  Securities and Exchange Commission
   Forth Wirth District Office
5  Burnett Plaza, Suite 1900
6  801 Cherry Street, Unit #18
   Forth Worth, TX 761025-6882
7
8  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
9  44 Montgomery Street, Suite 2080
   San Francisco, CA 94104-6702
10 Telephone: 415/362-6252
11 Facsimile: 415/677-9445

12 Attorney for Defendant JOSEPH SETO

13

14              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
15                 SAN FRANCISCO DIVISION
16

17 SECURITIES AND EXCHANGE        )   No.   CV-09-05146 JCS
   COMMISSION,                    )
18                                )   STIPULATION AND
                                  )   [PROPOSED] ORDER FOR
19     Plaintiff,                 )   EXTENSION OF TIME FOR
                                  )   ANSWER
20     v.                         )
                                  )
21 KING CHUEN TANG a/k/a CHEN TANG,)
22 RONALD YEE, ZISEN YU, JOSEPH    )
   SETO, MING SIU, KING S. TANG a/k/a)
23 JAMES K. TANG, YING KIT YU a/k/a
24 EDDIE YU

25     Defendants.
26 _____

27
28 //

So the parties may focus on producing discovery and evaluating the case for settlement, the parties agree that the due date for the answer of defendant Joseph Seto will be moved from the current due date of February 16, 2010 until April 16, 2010.

IT IS SO STIPULATED.

Date: February 10, 2010

    /s/Christopher J.Cannon /s/
Christopher J. Cannon
Counsel for Joseph Seto

Date:  February 10, 2010

   /s/ Jennifer Brandt /s/
Jennifer Brandt
Attorney for Plaintiff

SO ORDERED.

Date:  Feb. 10, 2010

The Honorable Joseph C. Spero
United States Magistrate Judge