Jennifer D. Brandt, Texas Bar No. 00796242
Attorney for Plaintiff
Phone: 817-978-6442
Fax: 817-978-4927
Jason C. Rodgers, Texas Bar No. 24005540
Securities and Exchange Commission
Forth Wirth District Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Forth Worth, TX 761025-6882

CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant JOSEPH SETO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, YING KIT YU a/k/a EDDIE YU<br><br>Defendants.<br>_____ | No. CV-09-05146 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR ANSWER** |

//

1  So the parties may focus on producing discovery and evaluating the case for
2  settlement, the parties agree that the due date for the answer of defendant Joseph Seto will
3  be moved from the current due date of February 16, 2010 until April 16, 2010.
4
5
6  IT IS SO STIPULATED.
7  Date: February 10, 2010
8      /s/Christopher J.Cannon /s/
    Christopher J. Cannon
9      Counsel for Joseph Seto
10
Date: February 10, 2010     /s/ Jennifer Brandt /s/
11     Jennifer Brandt
12     Attorney for Plaintiff
13 SO ORDERED.
14
15 Date: Feb. 10, 2010
16     The Honorable Joseph C. Spero
17     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR ANSWER
No. CV-09-05146 JCS      2 of 2