1  CHRISTOPHER J. STESKAL  (CSB NO. 212297)
   csteskal@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 875-2300
4  Facsimile:      (415) 281-1350

5  JAY L. POMERANTZ (CSB NO. 209869)
   jpomerantz@fenwick.com
6  Silicon Valley Center
   801 California Street
7  Mountain View, California 94041
   Phone: 650.988.8500
8  Fax: 650.938.5200

9  Attorneys for Defendants MING SIU and ZISEN
   YU and Relief Defendants SYLVIA TSUI and
10 ACCELERATION CAPITAL PARTNERS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG. and YING KIT YU a/k/a EDDIE YU,<br><br>        Defendants,<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>        Relief Defendants. | Case No.  3:09-CV-05146 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Judge:  Hon. Joseph C. Spero<br>Trial Date:   October 11, 2011<br>Complaint Filed:  October 30, 2009 |

In order to allow the parties to focus on producing discovery and evaluating the case for settlement, and to allow Defendants Ming Siu and Zisen Yu and Relief Defendants Sylvia Tsui and Acceleration Capital Partners the same time to answer as has been extended to other defendants, the parties agree that the due date for the Answer of Defendants Ming Siu and Zisen Yu and Relief Defendants Sylvia Tsui and Acceleration Capital Partners is to be extended to April 16, 2010. This is the first Court-ordered extension of time requested by these defendants, and it will have no impact on the schedule of the case.

IT IS SO STIPULATED.

Dated: February 23, 2010            FENWICK & WEST LLP


                                    By:   /s/ Jay J. Pomerantz
                                          Jay L. Pomerantz

                                    Attorneys for Defendants MING SIU and
                                    ZISEN YU and Relief Defendants SYLVIA
                                    TSUI and ACCELERATION CAPITAL
                                    PARTNERS

Dated: February 23, 2010            SECURITIES AND EXCHANGE
                                    COMMISSION


                                    By:   /s/ Jennifer D. Brandt
                                          Jennifer D. Brandt

                                    Attorneys for Plaintiff


## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jay L. Pomerantz, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2010.

                                          /s/ Jay L. Pomerantz
                                          Jay L. Pomerantz

1   IT IS SO ORDERED.

2

3   DATED: Feb. 25, 2010

4

5

6   _____
    HONORABLE
    United States District Court Magistrate Judge

*(Signed: Judge Joseph C. Spero)*

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO FILE ANSWER
NO. 3:09-cv-05146-JCS                            - 3 -                    CASE NO. 3:09-CV-05146 JCS