CHRISTOPHER J. STESKAL (CSB NO. 212297)
csteskal@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, California 94041
Phone: 650.988.8500
Fax: 650.938.5200

Attorneys for Defendants MING SIU and ZISEN YU and Relief Defendants SYLVIA TSUI and ACCELERATION CAPITAL PARTNERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG. and YING KIT YU a/k/a EDDIE YU,<br><br>Defendants,<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>Relief Defendants. | Case No. 3:09-CV-05146 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Judge: Hon. Joseph C. Spero<br>Trial Date:   October 11, 2011<br>Complaint Filed: October 30, 2009 |

In order to allow the parties to focus on producing discovery and evaluating the case for settlement, and to allow Defendants Ming Siu and Zisen Yu and Relief Defendants Sylvia Tsui and Acceleration Capital Partners the same time to answer as has been extended to other defendants, the parties agree that the due date for the Answer of Defendants Ming Siu and Zisen Yu and Relief Defendants Sylvia Tsui and Acceleration Capital Partners is to be extended to April 16, 2010. This is the first Court-ordered extension of time requested by these defendants, and it will have no impact on the schedule of the case.

IT IS SO STIPULATED.

Dated: February 23, 2010                    FENWICK & WEST LLP


                                            By:  /s/ Jay J. Pomerantz
                                                 Jay L. Pomerantz

                                            Attorneys for Defendants MING SIU and
                                            ZISEN YU and Relief Defendants SYLVIA
                                            TSUI and ACCELERATION CAPITAL
                                            PARTNERS

Dated: February 23, 2010                    SECURITIES AND EXCHANGE
                                            COMMISSION


                                            By:  /s/ Jennifer D. Brandt
                                                 Jennifer D. Brandt

                                            Attorneys for Plaintiff


## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jay L. Pomerantz, attest that concurrence in the filing of this document has been obtained from the other signatories.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2010.

                                                 /s/ Jay L. Pomerantz
                                                 Jay L. Pomerantz

1   IT IS SO ORDERED.

2

3   DATED: Feb. 25, 2010

4

5                                                           _____
6                                                           HONORABLE JOSEPH C. SPERO
                                                            United States District Court Magistrate Judge
7