1  Jennifer D. Brandt, Texas Bar No. 00796242
   Attorney for Plaintiff
2  Phone: 817-978-6442
   Fax: 817-978-4927
3  Jason C. Rodgers, Texas Bar No. 24005540
4  Securities and Exchange Commission
   Forth Worth District Office
5  Burnett Plaza, Suite 1900
6  801 Cherry Street, Unit #18
   Forth Worth, TX 76102-6882
7

8  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
9  44 Montgomery Street, Suite 2080
   San Francisco, CA 94104-6702
10 Telephone: 415/362-6252
11 Facsimile: 415/677-9445

12 Attorney for Defendant JOSEPH SETO

13

14               UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
16

17 | SECURITIES AND EXCHANGE         | ) | No.   CV-09-05146 JCS |
   | COMMISSION,                     | ) |                       |
18 |                                 | ) | **STIPULATION AND**   |
19 |     Plaintiff,                  | ) | **[PROPOSED] ORDER FOR** |
   |                                 | ) | **EXTENSION OF TIME FOR** |
20 |     v.                          | ) | **ANSWER**            |
   |                                 | ) |                       |
21 | KING CHUEN TANG a/k/a CHEN TANG,| ) |                       |
22 | RONALD YEE, ZISEN YU, JOSEPH    | ) |                       |
   | SETO, MING SIU, KING S. TANG a/k/a | ) |                   |
23 | JAMES K. TANG, YING KIT YU a/k/a | ) |                      |
24 | EDDIE YU                        |   |                       |

25       Defendants.
26 _____

27
28 //

---

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR ANSWER
No. CV-09-05146 JCS                                              1 of 2

1  So the parties may focus on producing discovery and evaluating the case for
2  settlement, the parties agree that the due date for the answer of defendant Joseph Seto will
3  be moved from the current due date of April 16, 2010 until June 18, 2010.

6  IT IS SO STIPULATED.

7  Date: April 16, 2010
8      /s/Christopher J.Cannon /s/
    Christopher J. Cannon
9      Counsel for Joseph Seto

10 Date: April 16, 2010
11     /s/ Jennifer Brandt /s/
    Jennifer Brandt
12     Attorney for Plaintiff

13  SO ORDERED.

15  Date: 4/19/2010
16  The Hon. [signature: Judge Joseph C. Spero]
17  United States Magistrate Judge