SHARTSIS FRIESE LLP
JAHAN P. RAISSI (Bar #168599)
jraissi@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendant
KING CHUEN TANG aka CHEN TANG and Relief
Defendants TANG CAPITAL PARTNERS,
VENTURE ASSOCIATES FUND I, PING LEE
TANG, KA LING LEE, CHEUNG-TING KA,
MINOR CHILD I and MINOR CHILD II

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a/ JAMES K. TANG. and YING KIT YU a/k/a EDDIE YU,<br><br>                    Defendants,<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>                    Relief Defendants. | Case No. 3:09-CV-05146 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Judge:         Hon. Joseph C. Spero<br><br>Trial Date:   Not Assigned<br><br>Complaint Filed:   October 30, 2009 |

In order to allow the parties to focus on producing discovery and evaluating the case for settlement, the parties agree that the due date for the Answer of Defendant King Chuen Tang aka Chen Tang and Relief Defendants Tang Capital Partners, Venture Associates Fund I, Ping Lee Tang, Ka Ling Lee, Cheung-Ting Ka, Minor Child I and Minor Child II is to be extended to May 14, 2010. The stipulated extension will have no impact on the schedule of the case.

IT IS SO STIPULATED.

DATED:   April 15, 2010           SHARTSIS FRIESE LLP

By:    */s/Jahan P. Raissi*
           JAHAN P. RAISSI

Attorneys for Defendant
KING CHUEN TANG aka CHEN TANG and Relief Defendants TANG CAPITAL PARTNERS, VENTURE ASSOCIATES FUND I, PING LEE TANG, KA LING LEE, CHEUNG-TING KA, MINOR CHILD I and MINOR CHILD II

DATED:   April 15, 2010           SECURITIES AND EXCHANGE COMMISSION

By:    */s/ Jennifer S. Brandt*
           JENNIFER D. BRANDT

Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: 4/19/2010

_____
United States Magistrate Judge
[Signature: Judge Joseph C. Spero]

7663\001\JRAISSI\1645217.1

---

- 1 -

Case No.
3:09-CV-05146 JCS

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE ANSWER

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111