CHRISTOPHER J. STESKAL  (CSB NO. 212297)
csteskal@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:      (415) 875-2300
Facsimile:       (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, California 94041
Phone: 650.988.8500
Fax: 650.938.5200

Attorneys for Relief Defendant ACCELERATION CAPITAL PARTNERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU,<br><br>Defendants,<br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tank a/k/a Chen Tang,<br><br>Relief Defendants. | Case No.:  CV 09 5146 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE TRANSFER OF FUNDS FROM RELIEF DEFENDANT ACCELERATION CAPITAL PARTNERS FOR PURPOSE OF COMPLYING WITH COURT ORDERED ACCOUNTING** |

WHEREAS, on April 26, 2010, the Court ordered the relief defendants in the above-captioned action (the "Action") to produce an accounting of the receipt, use, and disposition of all alleged insider trading profits by July 22, 2010 (the "Court Order");

WHEREAS, Fenwick and West LLP ("Fenwick") is counsel for relief defendant Acceleration Capital Partners ("ACP") in the Action;

WHEREAS, Fenwick has met and conferred with counsel for the Securities and Exchange Commission (the "SEC") regarding ACP's payment for services rendered on behalf of ACP; and

WHEREAS, the SEC has agreed that it will not take the position that the use of ACP funds to pay for work performed on behalf of ACP in this Action is illegal or improper;

IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel for the parties, that: (1) ACP may transfer funds directly from the ACP account to pay for legal services provided to ACP in connection with this Action; and (2) the SEC will not take position that such transfers are illegal or improper.

### ATTESTATION

Concurrence in the filing of this document has been obtained from the other signatory.

Dated: May 19, 2010     SECURITIES AND EXCHANGE COMMISSION

By:  _____*/s/ Jennifer D. Brandt*_____
            Jennifer D. Brandt

Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION

Dated: May 19, 2010     FENWICK & WEST LLP

By:  _____*/s/ Jay L. Pomerantz*_____
            Jay L. Pomerantz
Attorneys for Relief Defendant ACCELERATION CAPITAL PARTNERS

1  IT IS SO ORDERED.

3  Dated: May 20, 2010

   _____
   HONORABLE JOSEPH C. SPERO
   United States District Court Magistrate Judge

2240263