1  Jennifer D. Brandt, Texas Bar No. 00796242
   Attorney for Plaintiff
2  Phone: 817-978-6442
   Fax: 817-978-4927
3  Jason C. Rodgers, Texas Bar No. 24005540
4  Securities and Exchange Commission
   Forth Worth District Office
5  Burnett Plaza, Suite 1900
6  801 Cherry Street, Unit #18
   Forth Worth, TX 76102-6882
7
8  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
9  44 Montgomery Street, Suite 2080
   San Francisco, CA 94104-6702
10 Telephone: 415/362-6252
11 Facsimile: 415/677-9445

12 Attorney for Defendant JOSEPH SETO

13

14                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION
16

17 SECURITIES AND EXCHANGE        )   No.   CV-09-05146 JCS
   COMMISSION,                    )
18                                )
19      Plaintiff,                )   STIPULATION AND [~~PROPOSED~~]
                                  )   ORDER FOR EXTENSION OF
20      v.                        )   TIME FOR ANSWER
                                  )
21 KING CHUEN TANG a/k/a CHEN     )
22 TANG, RONALD YEE, ZISEN YU,    )
   JOSEPH SETO, MING SIU, KING S. )
23 TANG a/k/a JAMES K. TANG, YING )
24 KIT YU a/k/a EDDIE YU

25      Defendants.
26 _____

27
28 //

---

STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR ANSWER
No. CV-09-05146 JCS                                                      1 of 2

So the parties may focus on producing discovery and evaluating the case for settlement, the parties agree that the due date for the answer of defendant Joseph Seto will be moved from the current due date of June 18, 2010 until August 23, 2010.

IT IS SO STIPULATED.

Date: June 21, 2010

    /s/Christopher J.Cannon /s/
Christopher J. Cannon
Counsel for Joseph Seto

Date: June 21, 2010

    /s/ Jennifer Brandt /s/
Jennifer Brandt
Attorney for Plaintiff

SO ORDERED.

Date: June 23, 2010

The Hon. Joseph C. Spero
United States District Court Magistrate Judge