CHRISTOPHER J. STESKAL  (CSB NO. 212297)
csteskal@fenwick.com
ILANA S. RUBEL (CSB NO. 221517)
irubel@fenwick.com
THEIS FINLEV (CSB No. 264879)
tfinlev@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, California 94041
Phone: 650.988.8500
Fax: 650.938.5200

Attorneys for Defendant MING SIU and Relief Defendants SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA AND LEUNG-KEE SIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br>     v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU,<br><br>            Defendants,<br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tank a/k/a Chen Tang,<br><br>            Relief Defendants. | Case No.: CV-09-5146-JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING FACT DISCOVERY DEADLINE** |

**WHEREAS**, on May 17, 2011, the Court issued a Further Case Management and Pretrial Order setting August 1, 2011 as the deadline to complete non-expert discovery (Dkt. No. 161);

**WHEREAS,** the schedules of the parties have rendered it highly difficult to complete the depositions of various defendants and third-party witnesses within the allotted time;

**WHEREAS,** the parties respectfully submit that it is therefore in the interest of the parties to extend the non-expert discovery cutoff date until September 1, 2011; and

**WHEREAS**, extending the non-expert discovery cutoff date until September 1, 2011 would not have any effect on any other deadlines set by this Court;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 6-1(b), 6-2(a) and 7-12, by and between the undersigned counsel for the Parties, that:

1. The cutoff date related to non-expert discovery is extended until September 1, 2011.

2. All other dates set pursuant to the Court's Further Case Management and Pretrial Order of May 17, 2011 shall remain in place.

Respectfully submitted,

Dated: July 21, 2011     /s/ Theis Finlev
                         Theis Finlev, Esq.
                         *Counsel for Defendants Ming Siu and Relief Defendants Sylvia Tsui, Doi Ping Siu, Yuen-Lai Ma, and Leung-Kee Siu*

Dated: July 21, 2011     /s/ Jennifer D. Brandt
                         Jennifer D. Brandt, Esq.
                         *Counsel for Plaintiff Securities and Exchange Commission*

Dated:  July 21, 2011    /s/ Jahan P. Raissi
                         Jahan P. Raissi, Esq.
                         *Counsel for Defendant King Chuen Tang a/k/a Chen Tang and Relief Defendants, Tang Capital Partners, Venture Associates Fund I, Minor Child I and Minor Child II, Ping Lee Tang, Ka Ling Lee, Yin Lee Ka, and Cheung-Ting Ka*

STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE     1     CASE NO. 09-5146-JCS

| | | |
|---|---|---|
| Dated: July 21, 2011 | | /s/ Christopher J. Cannon |
| | | Christopher J. Cannon, Esq. |
| | | *Counsel for Defendant Joseph Seto* |

Dated: July 21, 2011                    /s/ Alan W. Sparer
                                        Alan W. Sparer, Esq.
                                        *Counsel for Relief Defendant American Pegasus Long Short Fund Segregated Portfolio*

Dated: July 21, 2011                    /s/ Thomas Brown
                                        Thomas Brown, Esq.
                                        *Counsel for Defendant King S. Tang a/k/a James S. Tang and Relief Defendant Rosalie Cho*

Dated: July 21, 2011                    /s/ Michael Celio
                                        Michael Celio, Esq.
                                        *Counsel for Defendant Ronald Yee*

Dated: July 21, 2011                    /s/ Ismail Ramsey
                                        Ismail Ramsey, Esq.
                                        *Counsel for Defendant Zisen Yu and Relief Defendant Acceleration Capital Partners*

Dated: July 21, 2011                    /s/ Hugh Levine
                                        Hugh Levine, Esq.
                                        *Counsel for Defendant Ying Kit Yu a/k/a Eddie Yu*

## **ATTORNEY ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Theis Finlev
Theis Finlev, Esq.

STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE          2          CASE NO. 09-5146-JCS

**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

    1.    All non-expert discovery shall be completed by September 1, 2011.

    2.    All other dates set pursuant to the Court's Further Case Management and Pretrial Order of May 17, 2011 shall remain in place.

Dated: __7/26/11_____



_____
Honorable JOSEPH C. SPERO
United States Magistrate Judge