1  KEKER & VAN NEST LLP
   MICHAEL D. CELIO - #197998
2  mcelio@kvn.com
   QUYEN L. TA - #229956
3  qta@kvn.com
   633 Battery Street
4  San Francisco, CA  94111-1809
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant
   RONALD YEE
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:09-cv-05146-JCS
13 |                              Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**
14 |     v. |
15 | KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU, | Judge:     Hon. Joseph C. Spero
16 | | Date Comp. Filed:   October 11, 2009
17 |                              Defendants. | Trial Date: February 13, 2012
18 | and |
19 | VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang, |
25 |                         Relief Defendants. |

1 WHEREAS, on May 17, 2011, the Court issued a Further Case Management and Pretrial
2 Order setting November 4, 2011 as the hearing date for motions for dispositive motions and
3 further ordered that reply briefs be submitted no less than four weeks prior to the hearing date
4 (Dkt. No. 161);

5 WHEREAS, on August 29, 2011 the Court issued an order (at the parties' request)
6 extending the discovery cutoff date until September 30, 2011 (Dkt. No. 170);

7 WHEREAS, the present schedule would therefore require dispositive motions to be filed
8 prior to the close of fact discovery in the case;

9 WHEREAS, the parties respectfully submit that it is therefore in the interest of the
10 parties to continue the hearing date for dispositive motions until December 2, 2011 (or such other
11 date in December that is convenient for the Court);

12 WHEREAS, the parties respectfully request that all dispositive motions are to be filed by
13 October 7, 2011; oppositions to such motions are to be filed by October 21, 2011; and replies are
14 to be filed by November 7, 2011;

15 WHEREAS, extending the hearing date for dispositive motions would not have any
16 effect on any other deadlines set by this Court;

17 IT IS STIPULATED, pursuant to Civil L.R. 6-1(b), 6-2(a) and 7-12, by and between the
18 undersigned counsel for the Parties, that:

19 1.   The hearing date for dispositive motions shall be extended to December 2, 2011, and
20 the parties shall file dispositive motions on the dates set forth above.

21 2.  All other dates set pursuant to the Court's Further Case Management and Pretrial
22 Order of May 17, 2011 shall remain in place.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     IT IS SO STIPULATED.

2                                                          Respectfully submitted,

3 Dated: September 16, 2011             SECURITIES AND EXCHANGE COMMISSION

6                                              By: */s/ Jennifer D. Brandt*
                                                     JENNIFER D. BRANDT
7                                                      Attorney for Plaintiff

8 Dated: September 16, 2011             KEKER & VAN NEST LLP

11                                            By: */s/ Michael D. Celio*
                                                   MICHAEL D. CELIO
12                                                 Attorneys for Defendant Ronald Yee

13 Dated: September 16, 2011            FENWICK & WEST

15                                            By: */s/ Christopher Steskal*
16                                                    CHRISTOPHER STESKAL
                                                   Attorneys for Defendant Ming Sui

17 Dated: September 16, 2011            SHARTSIS FRIESE LLP

20                                            By: */s/ Jahan P. Raissi*
                                                   JAHAN P. RAISSI.
21                                                    Counsel for Defendant King Chuen Tang a/k/a Chen Tang and Relief Defendants, Tang Capital Partners, Venture Associates Fund I, Minor Child I and Minor Child II, Ping Lee

| | | |
|---|---|---|
| Dated:  September 16, 2011 | | RAMSEY & EHRLICH LLP |
| | By: | /s/ Ismail Ramsey<br>ISMAIL RAMSEY<br>Counsel for Defendant Zisen Yu and Relief Defendant Acceleration Capital Partners |
| Dated:  September 16, 2011 | | SUGARMAN & CANNON |
| | By: | /s/ Christopher J. Cannon<br>CHRISTOPHER J. CANNON, ESQ.<br>Counsel for Defendant Joseph Seto |
| Dated:  September 16, 2011 | | |
| | By: | /s/ Hugh Anthony Levine<br>HUGH ANTHONY LEVINE.<br>Counsel for Defendant Ying Kit Yu a/k/a Eddie Yu |
| Dated:  September 16, 2011 | | BROWN WHITE & NEWHOUSE LLP |
| | By: | /s/ Thomas Brown<br>THOMAS BROWN<br>Counsel for Defendant King S. Tang a/k/a James  S. Tang and Relief Defendant Rosalie Cho |

Dated:  September 16, 2011                         SPARER LAW GROUP


                                          By:  */s/ Alan W. Sparer*
                                               ALAN W. SPARER.
                                               Counsel for Relief Defendant American
                                               Pegasus Long Short Fund Segregated
                                               Portfolio

   IT IS SO ORDERED.

Date: __09/21/2011_____

                                          _____
                                          HON. _____
                                          United States District Court Magistrate Judge

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

   I, Michael D. Celio am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS.  In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.