KEKER & VAN NEST LLP
MICHAEL D. CELIO - #197998
mcelio@kvn.com
QUYEN L. TA - #229956
qta@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
RONALD YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KING CHUEN TANG a/k/a CHEN TANG, RONALD YEE, ZISEN YU, JOSEPH SETO, MING SIU, KING S. TANG a/k/a JAMES K. TANG, and YING KIT YU a/k/a EDDIE YU,<br><br>Defendants.<br><br>and<br><br>VENTURE ASSOCIATES FUND I, TANG CAPITAL PARTNERS, ACCELERATION CAPITAL PARTNERS, AMERICAN PEGASUS LONG SHORT FUND SEGREGATED PORTFOLIO, PING LEE TANG, KA LING LEE, YIN LEE KA, CHEUNG-TING KA, SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA, LEUNG-KEE SIU, ROSALIE CHO, and MINOR CHILD I and MINOR CHILD II, minor children of Defendant King Chuen Tang a/k/a Chen Tang,<br><br>Relief Defendants. | Case No. 3:09-cv-05146-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**<br><br>Judge: Hon. Joseph C. Spero<br><br>Date Comp. Filed: October 11, 2009<br><br>Trial Date: February 13, 2012 |

1      WHEREAS, on May 17, 2011, the Court issued a Further Case Management and Pretrial

2 Order setting November 4, 2011 as the hearing date for motions for dispositive motions and

3 further ordered that reply briefs be submitted no less than four weeks prior to the hearing date

4 (Dkt. No. 161);

5      WHEREAS, on August 29, 2011 the Court issued an order (at the parties' request)

6 extending the discovery cutoff date until September 30, 2011 (Dkt. No. 170);

7      WHEREAS, the present schedule would therefore require dispositive motions to be filed

8 prior to the close of fact discovery in the case;

9      WHEREAS, the parties respectfully submit that it is therefore in the interest of the

10 parties to continue the hearing date for dispositive motions until December 2, 2011 (or such other

11 date in December that is convenient for the Court);

12     WHEREAS, the parties respectfully request that all dispositive motions are to be filed by

13 October 7, 2011; oppositions to such motions are to be filed by October 21, 2011; and replies are

14 to be filed by November 7, 2011;

15     WHEREAS, extending the hearing date for dispositive motions would not have any

16 effect on any other deadlines set by this Court;

17     IT IS STIPULATED, pursuant to Civil L.R. 6-1(b), 6-2(a) and 7-12, by and between the

18 undersigned counsel for the Parties, that:

19     1.  The hearing date for dispositive motions shall be extended to December 2, 2011, and

20 the parties shall file dispositive motions on the dates set forth above.

21     2.  All other dates set pursuant to the Court's Further Case Management and Pretrial

22 Order of May 17, 2011 shall remain in place.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS
CASE NO. 3:09-cv-05146-JCS

IT IS SO STIPULATED.

                          Respectfully submitted,

Dated:  September 16, 2011          SECURITIES AND EXCHANGE COMMISSION

By: */s/ Jennifer D. Brandt*
     JENNIFER D. BRANDT
     Attorney for Plaintiff

Dated:  September 16, 2011          KEKER & VAN NEST LLP

By: */s/ Michael D. Celio*
     MICHAEL D. CELIO
     Attorneys for Defendant Ronald Yee

Dated:  September 16, 2011          FENWICK & WEST

By: */s/ Christopher Steskal*
     CHRISTOPHER STESKAL
     Attorneys for Defendant Ming Sui

Dated:  September 16, 2011          SHARTSIS FRIESE LLP

By: */s/ Jahan P. Raissi*
     JAHAN P. RAISSI.
     Counsel for Defendant King Chuen Tang
     a/k/a Chen Tang and Relief Defendants,
     Tang Capital Partners, Venture Associates
     Fund I, Minor Child I and Minor Child II,
     Ping Lee

Case 3:09-cv-05146-JCS   Document 173   Filed 09/16/11   Page 3 of 5

| | | |
|---|---|---|
| 1 | Dated: September 16, 2011 | RAMSEY & EHRLICH LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Ismail Ramsey* |
| | | ISMAIL RAMSEY |
| | | Counsel for Defendant Zisen Yu and Relief |
| 5 | | Defendant Acceleration Capital Partners |
| 6 | Dated: September 16, 2011 | SUGARMAN & CANNON |
| 7 | | |
| 8 | | |
| 9 | | By: */s/ Christopher J. Cannon* |
| | | CHRISTOPHER J. CANNON, ESQ. |
| 10 | | Counsel for Defendant Joseph Seto |
| 11 | Dated: September 16, 2011 | |
| 12 | | |
| 13 | | By: */s/ Hugh Anthony Levine* |
| 14 | | HUGH ANTHONY LEVINE. |
| | | Counsel for Defendant Ying Kit Yu a/k/a |
| 15 | | Eddie Yu |
| 16 | Dated: September 16, 2011 | BROWN WHITE & NEWHOUSE LLP |
| 17 | | |
| 18 | | By: */s/ Thomas Brown* |
| 19 | | THOMAS BROWN |
| | | Counsel for Defendant King S. Tang a/k/a |
| 20 | | James S. Tang and Relief Defendant |
| | | Rosalie Cho |

3
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS
CASE NO. 3:09-cv-05146-JCS

Dated: September 16, 2011                    SPARER LAW GROUP

                                             By: */s/ Alan W. Sparer*
                                                 ALAN W. SPARER.
                                                 Counsel for Relief Defendant American
                                                 Pegasus Long Short Fund Segregated
                                                 Portfolio

IT IS SO ORDERED.

Date: __09/21/2011_____

                                             _____
                                             HON. JOSEPH C. SPERO
                                             United States District Court Magistrate Judge

I, Michael D. Celio am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS. In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.