1 | THEIS FINLEV (CSB No. 264879)
tfinlev@fenwick.com
2 | ALEXIS CALOZA (*Pro Hac Vice Pending*)
acaloza@fenwick.com
3 | FENWICK & WEST LLP
555 California Street, 12th Floor
4 | San Francisco, CA 94104
Telephone: 415.875.2300
5 | Facsimile: 415.281.1350

6 | Attorney for Defendant
MING SIU

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 3:09-cv-05146-JCS |
| Plaintiff, | |
| vs. | [~~PROPOSED~~]<br>ORDER GRANTING<br>APPLICATION FOR ADMISSION<br>OF ATTORNEY *PRO HAC VICE* |
| KING CHUEN TANG a/k/a CHEN TANG,<br>RONALD YEE, ZISEN YU, JOSEPH SETO,<br>MING SIU, KING S. TANG a/k/a JAMES K. TANG,<br>AND YING KIT YU a/k/a EDDIE YU, | |
| Defendants. | |
| and | |
| VENTURE ASSOCIATES FUND I,<br>TANG CAPITAL PARTNERS,<br>ACCELERATION CAPITAL PARTNERS,<br>AMERICAN PEGASUS LONG SHORT FUND<br>SEGREGATED PORTFOLIO, PING LEE TANG,<br>KA LING LEE, YIN LEE KA, CHEUNG-TING KA,<br>SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA,<br>LEUNG-KEE SIU, ROSALIE CHO, and<br>MINOR CHILD I and MINOR CHILD II, minor<br>children of Defendant King Chuen Tang a/k/a Chen<br>Tang, | |
| Relief Defendants. | |

[~~PROPOSED~~] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. 3:09-cv-05146-JCS

ALEXIS CALOZA, whose business address and telephone number is:

> FENWICK & WEST LLP
> 555 California Street, Suite 1200
> San Francisco, CA 94104
> Telephone: (415) 875-2300
> Facsimile:  (415) 281-1350
> Email:      acaloza@fenwick.com

and who is an active member in good standing of the bars of the State of New York and of the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant MING SIU:

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __Sept. 26__, 2011       _____ Magistrate _____
                                United States District Court Judge
                                Northern District of California

[Signature: Judge Joseph C. Spero]

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF          2          Case No. 3:09-cv-05146-JCS
ATTORNEY *PRO HAC VICE*