THEIS FINLEV (CSB No. 264879)
tfinlev@fenwick.com
ALEXIS CALOZA (*Pro Hac Vice Pending*)
acaloza@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorney for Defendant
MING SIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>          vs.<br><br>KING CHUEN TANG a/k/a CHEN TANG,<br>RONALD YEE, ZISEN YU, JOSEPH SETO,<br>MING SIU, KING S. TANG a/k/a JAMES K. TANG,<br>AND YING KIT YU a/k/a EDDIE YU,<br><br>                     Defendants.<br><br>and<br><br>VENTURE ASSOCIATES FUND I,<br>TANG CAPITAL PARTNERS,<br>ACCELERATION CAPITAL PARTNERS,<br>AMERICAN PEGASUS LONG SHORT FUND<br>SEGREGATED PORTFOLIO, PING LEE TANG,<br>KA LING LEE, YIN LEE KA, CHEUNG-TING KA,<br>SYLVIA TSUI, DOI PING SIU, YUEN-LAI MA,<br>LEUNG-KEE SIU, ROSALIE CHO, and<br>MINOR CHILD I and MINOR CHILD II, minor<br>children of Defendant King Chuen Tang a/k/a Chen<br>Tang,<br><br>                     Relief Defendants. | Case No.: 3:09-cv-05146-JCS<br><br><br>[~~PROPOSED~~]<br>**ORDER GRANTING<br>APPLICATION FOR ADMISSION<br>OF ATTORNEY *PRO HAC VICE*** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    ALEXIS CALOZA, whose business address and telephone number is:

2        FENWICK & WEST LLP
         555 California Street, Suite 1200
3        San Francisco, CA 94104
         Telephone: (415) 875-2300
4        Facsimile: (415) 281-1350
         Email:      acaloza@fenwick.com
5

6    and who is an active member in good standing of the bars of the State of New York and of the

7    United States District Court for the Southern District of New York, having applied in the above-

8    entitled action for admission to practice in the Northern District of California on a *pro hac vice*

9    basis, representing Defendant MING SIU:

10       **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and

11   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance

12   *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the

13   application will constitute notice to the party.  All future filings in this action are subject to the

14   requirements contained in General Order No. 45, *Electronic Case Filing*.

15

16

17   Dated: _____Sept. 26_____, 2011                    Magistrate_____
                                                              District Court Judge
18                                                            District of California

19                                                   Judge Joseph C. Spero

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO